Form 166

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

IN RE:
Cynthia B Ward    xxx−xx−9157
aka Cynthia Brooks Ward
aka Cynthia Dian Brooks Ward
aka Cynthia Diane Brooks Ward
3449A Shepherd Road
Elon, NC 27244

Debtor(s)

Chapter 13

Bankruptcy Case No. 13−11439

## NOTICE OF REQUIREMENT OF MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION

In the above−named case, the Chapter 13 Trustee filed the Notice of Completion of Plan on 12/31/18; however, our records do not reflect that the Debtor's Motion for Entry of Discharge and Certification of Plan Completion has been filed. In order for the debtor(s) to receive a discharge, this Motion must be filed with the court. Additionally, if the debtor is required to pay Domestic Support Obligations, the Debtor's Disclosure of Information Regarding Domestic Support Obligations form must be sent to the Trustee.

The Order of Discharge cannot be entered in this case if the debtor(s) does not comply with the requirements as set forth above. If the required documents are not filed within thirty (30) days from the date of this notice, this case may be scheduled for hearing before the court to determine if the case should be closed without the entry of a discharge. If the case is closed and the debtor subsequently files a motion to reopen the case in order to complete the requirements and receive a discharge, the filing fee of $235 must be paid.

The forms for the Motion for Entry of Discharge and the Debtor's Disclosure of Information Regarding Domestic Support Obligations have previously been sent to the attorney for the debtor. These forms are also located under the "Procedures and Forms" section on the court's website at: www.ncmb.uscourts.gov

Dated: 2/15/19                                                                OFFICE OF THE CLERK/hlr